HON. KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARL LORENTSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC.; AMAZON.COM SERVICES LLC; EXCLUSIVE 186POWER LLC d/b/a GREEN-TREE EXCLUSIVE; AND DOES 1-50<br><br>    Defendants. | Case No.: 2:20-cv-01832-KKE<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT NEGOTIATIONS<br><br>NOTED FOR CONSIDERATION: DECEMBER 27, 2023 |

    This matter is before the Court on the parties' *Joint Stipulated Motion to Stay Proceedings Pending Final Settlement Negotiations*. After due consideration, and with the consent of all Parties' counsel, the Motion is hereby **GRANTED**.

    All case activity unrelated to finalizing the parties' settlement in principle is stayed and all pending case deadlines are suspended until February 12, 2024. On or before February 12, 2024, Plaintiff will file a stipulation of voluntary dismissal with prejudice, or the parties will file a joint status report regarding the status of settlement, including, if necessary, a proposed revised case schedule. Such a proposed revised case schedule will include proposed deadlines for

Plaintiff to file his opposition to Amazon's pending Motion for Summary Judgment and for Amazon to file its Reply in Support of its Motion for Summary Judgment.

**IT IS SO ORDERED.**

DATED this 28th day of December, 2023.

Kymberly K. Evanson
United States District Judge